**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| **HOUSTON LAND AND CATTLE** | § | |
| **COMPANY, LC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **GREGG BISSO individually and** | § | Civil Action No. _____ |
| **in his official capacity as Mayor** | § | (JURY DEMANDED) |
| **of Village of Surfside Beach,** | § | |
| **Texas and VILLAGE OF** | § | |
| **SURFSIDE BEACH, TEXAS,** | § | |
| **Defendants.** | § | |

## VILLAGE DEFENDANTS' NOTICE OF REMOVAL

The Village of Surfside Beach (the "Village") and Gregg Bisso (hereinafter collectively referred to as the "Village Defendants"), defendants in this civil action, file this notice of removal pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) and (b).

### I.  IDENTITY OF STATE COURT ACTION BEING REMOVED

1.    The civil action being removed was initiated in the 239th District Court of Brazoria County, Texas, and was assigned docket number 113983-CV.

### II.  BASIS FOR REMOVAL

2.    The Village Defendants are entitled to remove this case to this Court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446 because this is a civil action involving claims arising under the Constitution, laws, or treaties of the United States.  On August 10, 2021, Plaintiff, Houston Land and Cattle Company, LC

("HL&C"), commenced this action by filing an Original Petition ("Original Petition") in the 239th District Court of Brazoria County, Texas. Plaintiff has brough a claim under 42 U.S.C. § 1983, asserting a violation of its constitutional rights to procedural and substantive due process, under the Fourteenth Amendment to the Constitution of the United States and for a taking based on an alleged inverse condemnation. Plaintiff's Original Petition, ¶¶ 8-9; Plaintiff's Amended Original Petition, ¶¶ 8-10.

## III.  JURISDICTION

3.      This Court has original jurisdiction of this action under 28 U.S.C. §§ 1331, 1343 and 1441 because HL&C has alleged violations of the United States Constitution and asserted claims for recovery under federal law.

## IV.  VENUE

4.      Venue is proper in the Southern District of Texas, Galveston Division, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the state court action is pending in Brazoria County, Texas, which is within this judicial district and division.

## V.  THE VILLAGE DEFENDANTS HAVE COMPLIED WITH THE REQUIREMENTS FOR REMOVAL

5.      This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b). The Village Defendants were served with the Petition in the state court proceedings on August 17, 2021. This notice of removal is being filed within thirty days of receipt of the initial pleading.

2672602

## VI.  STATE COURT PROCESS, PLEADINGS AND ORDERS

6.    The Village Defendants will give notice of filing of this notice of removal to all parties of record pursuant to 28 U.S.C. § 1446(d).  The Village Defendants will also file with the clerk of the state court, and will serve upon HL&C's counsel, a notice of the filing of this notice of removal.

7.    The Village Defendants have attached to this notice of removal copies of: (a) all executed process; (b) the state court pleadings; (c) all orders signed by the state court judge; (d) the state court docket sheet; (e) an index of matters being filed; and (f) a list of all counsel of record, as required by 28 U.S.C. § 446(a) and Local Rule 81 of the United States District Court, Southern District of Texas.

8.    As of the filing of this notice of removal, no other defendants have been "properly joined and served," and, therefore, the Village Defendants are not required to obtain consent to the removal of this action from other defendants pursuant to 28 U.S.C. § 1446(b)(2)(A).

## VII.  JURY DEMAND

9.    HL&C has included a jury demand in its petition in the state court action.

2672602

## VIII.  EXHIBITS

**10.**    Pursuant to Rule CV-81 of the Local Civil Rules for the Southern District of Texas, the following documents are attached to this notice of removal as corresponding lettered exhibits:

**Exhibit A**    Index of Matters Being Filed – (with the referenced state court documents attached and labeled as Exhibits A-1, et seq.)

**Exhibit B**    A list of all counsel of record

Respectfully submitted,

**OLSON & OLSON, L.L.P.**

By:    */s/ Andrea Chan*
Andrea Chan
Southern District ID No. 14940
State Bar No. 04086600
achan@olsonllp.com
Telephone:  (713) 533-3800
Facsimile:   (713) 533-3888

**ATTORNEY FOR DEFENDANTS, VILLAGE OF SURFSIDE BEACH AND GREGG BISSO**

2672602

## CERTIFICATE OF SERVICE

I certify that on the 13th day of September, 2021, a copy of *Village Defendants' Notice of Removal* was electronically filed and served on counsel of record listed below using the Court's EF/CM system pursuant to Federal Rule of Civil Procedure 5 and United States District Court for the Southern District of Texas Local Rule 5:

Timothy A. Hootman
2402 Pease
Houston, Texas 77003
thootman2000@yahoo.com

/s/ Andrea Chan
Andrea Chan

5

2672602